MARGARET BARDWELL, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Defendant has appealed from a judgment in plaintiff's favor in the sum of $2,878.35, and also from an order denying its motion for a new trial. On December 21, 1939, plaintiff was a passenger in a car owned and driven by her husband. While the automobile was traveling on the State highway it collided with defendant's truck, which was parked on the highway a short distance from the brow of a very steep hill. The roadway was covered with ice. Another truck was approaching from the opposite direction so that it was impossible for the operator of the car, in which plaintiff was riding, to pass between the two trucks. The jury found that defendant was negligent. Only questions of fact are involved. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UMBERTO BIANCHI, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Appeal from an order of the Clinton County Court, entered in the office of the clerk of that county on May 13, 1941, dismissing a writ of habeas corpus and remanding relator to the custody of the warden of Clinton Prison. On May 27, 1931, relator was convicted of forgery in the second degree, for which he was sentenced for a term of not less than three years and not more than ten years. In August, 1931, he was produced as a witness in a case pending in a Federal court, and, while in the custody of the Federal authorities, escaped. He was at liberty from September 18, 1931, until sometime in 1934, when he was captured and on October 2, 1934, he was returned to Sing Sing Prison, being outside of custody for three years and fourteen days. He contends that he should be credited with this period of time when he was at liberty in determining whether he has served his full sentence. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.